John P. McDonnell, Esq. (State Bar No. 77369)
LAW OFFICES of JOHN P. McDONNELL
40 Main Street
Los Altos, CA 94022-2902
Telephone: (650) 991-9909
Facsimile: (844) 607-7525
E-mail: JPMcDON@aol.com

Attorney for Plaintiff
MICHAEL J. YATES

APPROVED
Judge Edward J. Davila
1/17/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA--SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL J. YATES, | Civil No. 5:16-cv-5551-EJD |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41 |
| UNITED STATES OF AMERICA | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff MICHAEL J. YATES, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against the Defendant.

Dated: January 16, 2018               /s/ John McDonnell
                                      JOHN P. McDONNELL, ESQ.

NOTICE OF VOLUNTARY DISMISSAL                                                    1